United States Courts
Southern District of Texas
FILED
*July 28, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | §  CASE NO.  **4:22-cr-374** |
| TIERRA PORTER | § |
| ERIKA LUKE, | § |
| Defendants. | § |

### CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**(Conspiracy to Provide Contraband in Prison)**

On or about January 27, 2022, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

**TIERRA PORTER and
ERIKA LUKE,**

did knowingly and intentionally conspire and agree together contrary to 28 C.F.R. § 6.1 and Joe Corley Processing Center policy, to provide a prohibited object, to wit: a cell phone, to Johna Robinson, an inmate of the Joe Corley Processing Center in Conroe, Texas, a federal detention facility and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

**In violation of Title 18, United States Code, Sections 1791(a)(1), 1791(b)(4) and 371.**

### COUNT TWO
**(Attempting to Provide Contraband in Prison)**

On or about January 27, 2022, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants,

1

## TIERRA PORTER and
## ERIKA LUKE,

contrary to 28 C.F.R. § 6.1 and Joe Corley Processing Center policy, attempted to provide a prohibited object, to wit: a cell phone, to Johna Robinson, an inmate of the Joe Corley Processing Center in Conroe, Texas, a federal detention facility and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

**In violation of Title 18, United States Code, Sections 1791(a)(1), 1791(b)(4) and 2.**

A True Bill:

Original Signature on File

_____
Grand Jury Foreperson

JENNIFER B. LOWERY
United States Attorney

By: _____
KAREN M. LANSDEN
Assistant United States Attorney
713-567-9413