# CRIMINAL DOCKET

| HOUSTON DIVISION | No. | **4:22-cr-374** |
|---|---|---|

USAO Number: 2022R00666

Magistrate Number:

United States Courts
Southern District of Texas
FILED

CRIMINAL INDICTMENT        Filed:  *July 28, 2022*   Judge:    **Ellison**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| Jennifer B. Lowery, USA | (713) 567-9000 |
|---|---|
| Karen Lansden, AUSA | (713) 567-9000 |

| | Appt'd | Private |
|---|---|---|
| Tierra Porter | ☐ | ☐ |
| Erika Luke | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**Charge Total Counts ( 2 )**

Count 1: Conspiracy to Provide Contraband in Prison [18 USC §§ 1791(a)(1), 1791(b)(4) and 371]

Count 2: Attempting to Provide Contraband in Prison [18 USC §§ 1791(a)(1), 1791(b)(4) and 2]

**PENALTY:**

Counts 1 & 2: Imprisonment of not more than one year, a fine of not more than $5,000, or both.

☑ No Arrest

☐ In Jail

☐ On Bond

## PROCEEDINGS:

| | | |
|---|---|---|
| | | |
| | | |
| | | |