UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 30, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CRIMINAL NO: **4:22-cr-374** |
| v. | § | |
| | § | |
| ERIKA LUKE | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a ___CRIMINAL INDICTMENT___ has been filed against

the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on

___August 9, 2022___ at ___2:00 p.m.___. Upon appearance, a judicial determination shall be

made as to detention or release on conditions. The United States Government recommends to

the Court the following conditions of release.

Defendant

ERIKA LUKE                                    ☐ Appearance Bond in the Amount of:

SIGNED at Houston, Texas, on ___July 28, 2022___.

*Yvonne Y. Ho*

UNITED STATES MAGISTRATE JUDGE