In the United States District Court
For the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| United States of America | § § | No. 4:22-cr-374 |
| v. | § § | |
| Erika Luke, | § § | |
| Defendant | § | |

## Entry of Appearance by Attorney Bob Mabry for Defendant Erika Luke

To the Honorable Court:

Attorney Bob Mabry appears for Defendant Erika Luke. She has hired him.

Respectfully submitted,

Bob Mabry Attorney at Law PLLC
704 North Thompson Street, Suite 157
Conroe, Texas 77301-2578
(936) 494-1393
Fax: 1-866-397-3113
State Bar No. 12750980
bob@mabryappealslaw.com
Attorney for Erika Luke

/s/ Bob Mabry
For the Firm

Entry of Appearance
Page 2 of 2

# CERTIFICATE OF SERVICE

On August 1, 2022, I served a true copy of the document above on the financial litigation unit of the SDTX U.S. Attorney's Office at flu.usatxs-@usdoj.gov and Assistant U.S. Attorney Karen Mitchell Lansden at karen.lansden@usdoj.gov by Southern District of Texas CM/ECF.

/s/ Bob Mabry